**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                     408.535.5364


**July 5, 2006**

**CASE NUMBER:  CV 06-01810 PVT**
**CASE TITLE:  NORBERTO GARCIA-v-BON APPETIT MANAGEMENT CO.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose**  division.

**Honorable James Ware**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 7/5/06


FOR THE EXECUTIVE COMMITTEE:

_____
                                                                  Clerk

NEW CASE FILE CLERK:      7/5/06

Copies to: Courtroom Deputies  7/5/06          Special Projects
Log Book Noted                        7/5/06          Entered in Computer        7/5/06


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel          7/5/06          Transferor CSA                7/5/06B jw