1  THEODORA R. LEE, Bar No. 129892
   LAURA E. HAYWARD, Bar No. 204014
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:    (415) 433-1940
   Facsimile:     (415) 399-8490
5  tlee@littler.com
   lhayward@littler.com
6
   Attorneys for Defendant
7  BON APPETIT MANAGEMENT CO.

8  ADAM WANG, Bar No. 201233
   DAL BON & WANG
9  12 South First Street, Suite 613
   San Jose, CA  95113
10 Telephone: (408) 421-3403
   Facsimile:  (408) 351-0261
11
   Attorneys for Plaintiff
12 NORBERTO GARCIA

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                            SAN JOSE DIVISION

17 NORBERTO GARCIA, an individual,      Case No. C 06 1810 JW

18                 Plaintiff,            **STIPULATION AND ORDER
                                         DISMISSING BREACH OF CONTRACT
19         v.                            AND WRONGFUL TERMINATION
                                         CAUSES OF ACTION**
20 BON APPETIT MANAGEMENT CO., a
   California Corporation,
21
                   Defendant.
22

---

1.

STIP/ORDER DISMISSING BREACH OF CONTRACT                        Case No. C 06 1810 JW

1  WHEREAS, on or about January 18, 2006, Plaintiff Norberto Garcia filed his Complaint in Santa Clara County Superior Court, Case No. 106CV056377;

WHEREAS, on or about March 8, 2006, Defendant Bon Appetit Management Co. removed the action to the Northern District of California, Case No. C 06 1810;

WHEREAS, Plaintiff's Complaint contained the following causes of action: First Cause of Action for violation of the California Labor Code §510 for non-payment of overtime; Second Cause of Action for violation of the Fair Labor Standards Act for non-payment of overtime; Third Cause of Action for violation of the California Labor Code §226.7 for failure to provide meal and rest periods; Fourth Cause of Action for violation of the California Labor Code §558 for non-payment of overtime; Fifth Cause of Action for violation of the California Labor Code §203 for failure to pay wages at termination; Sixth Cause of Action for violation of California Business and Professions Code §17203 for restitution of unpaid overtime wages; Seventh Cause of Action for breach of contract; Eighth Cause of Action for wrongful termination;

WHEREAS, Plaintiff has agreed to dismiss his Seventh Cause of Action for breach of contract; and his Eighth Cause of Action for wrongful termination;

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the Seventh Cause of Action for breach of contract, and the Eighth Cause of Action for wrongful termination shall be dismissed with prejudice from this action.

Dated: November 21, 2006

THEODORA R. LEE
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendant
BON APPETIT MANAGEMENT CO.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Dated: November 20, 2006

_____
ADAM WANG
DAL BON & WANG

Attorneys for Plaintiff
NORBERTO GARCIA

**IT IS SO ORDERED.**

Dated: December 11, 2006

_____
THE HONORABLE JAMES WARE
United States District Judge

Firmwide:81671649.1 052856.1003

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

3.

STIP/ORDER DISMISSING BREACH OF CONTRACT                                Case No. C 06 1810 JW