**United States District Court**
**For the Northern District of California**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NORBERTO GARCIA,  ) | Case No.: C 06-1810 JW (PVT) |
| Plaintiff,  ) | |
| ) | **ORDER OF RECUSAL** |
| v.  ) | |
| ) | |
| BON APPETIT MANAGEMENT ) | |
| COMPANY,  ) | |
| ) | |
| Defendant.  ) | |
| _____  ) | |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of Court shall randomly reassign this case to another referral Magistrate Judge. Once a new referral Magistrate Judge is assigned, the parties shall promptly make arrangements for a settlement conference before that judge.

Dated: *1/25/07*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*