| | |
|---|---|
| 1 | THEODORA R. LEE, Bar No. 129892 |
|   | LAURA E. HAYWARD, Bar No. 204014 |
| 2 | LITTLER MENDELSON |
|   | A Professional Corporation |
| 3 | 650 California Street, 20th Floor |
|   | San Francisco, CA 94108.2693 |
| 4 | Telephone: (415) 433-1940 |
|   | Facsimile: (415) 399-8490 |
| 5 | tlee@littler.com |
|   | lhayward@littler.com |
| 6 | |
|   | Attorneys for Defendant |
| 7 | BON APPETIT MANAGEMENT CO. |

ADAM WANG, Bar No. 201233
DAL BON & WANG
12 South First Street, Suite 613
San Jose, CA 95113
Telephone: (408) 421-3403
Facsimile: (408) 351-0261

Attorneys for Plaintiff
NORBERTO GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORBERTO GARCIA, an individual, | Case No. C 06 1810 JW |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING ACTION** |
| v. | |
| BON APPETIT MANAGEMENT CO., a California Corporation, | |
| Defendant. | |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1.

STIP/ORDER DISMISSING ACTION    Case No. C 06 1810 JW

1   WHEREAS, on or about January 18, 2006, Plaintiff Norberto Garcia filed his Complaint in
2   Santa Clara County Superior Court, Case No. 106CV056377;
3   WHEREAS, on or about March 8, 2006, Defendant Bon Appetit Management Co. removed
4   the action to the Northern District of California, Case No. C 06 1810;
5   WHEREAS, Plaintiff's Seventh Cause of Action for breach of contract; and his Eighth
6   Cause of Action for wrongful termination were dismissed on December 11, 2006 by a stipulation
7   entered into by the Parties and approved by the Court;
8   WHEREAS, on March 23, 2007, the Parties participated in a settlement conference before
9   Magistrate Judge Howard R. Lloyd and were successful in settling the action.
10  IT IS HEREBY STIPULATED by and between the parties hereto, through their respective
11  attorneys of record, that this action be dismissed with prejudice.

Dated: April __, 2007

_____
THEODORA R. LEE
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendant
BON APPETIT MANAGEMENT CO.

Dated: May 3, 2007

_____
ADAM WANG
DAL BON & WANG

Attorneys for Plaintiff
NORBERTO GARCIA

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

2.

STIP/ORDER DISMISSING ACTION                                Case No. C 06 1810 JW

1  **IT IS SO ORDERED.**

2  Dated: _____May 10_____, 2007

3

4  _____
   THE HONORABLE JAMES WARE
5  United States District Judge

6

7  Firmwide:82387469.1 052856.1003

8

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

3.

STIP/ORDER DISMISSING ACTION                    Case No. C 06 1810 JW